IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00281-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARIO AGUILAR-BARAHONA,

       Defendant.

---

**MOTION FOR NON-GUIDELINE SENTENCE
AND SENTENCING STATEMENT**

---

Mr. Mario Aguilar-Barahona (hereafter "Mr. Aguilar"), through counsel Mary V. Butterton, respectfully requests a sentence of imprisonment of time served (approximately four months and 23 days) for his conviction for Illegal Reentry. This sentence is slightly lower than the advisory guideline range as calculated by the U.S. Sentencing Guidelines, but is the appropriate sentence when considering all statutory factors under 18 U.S.C. § 3553(a).

<u>Posture of the Case and the Sentencing Guidelines</u>

Mr. Aguilar is before this Court for sentencing after entering a plea of guilty to Illegal Reentry, a violation of 8 U.S.C. §1326(a), (b)(1). Docs. 19, 20. This conviction is his first immigration-related conviction and second overall felony conviction; Mr. Aguilar has one prior felony for Attempted Distribution of a Controlled Substance from 2015. Doc. 22, PSIR at ¶ 40. His advisory guideline range is based on a total offense level of 10 and a criminal history category of II; should the court grant a 1-level departure under the Fast Track program (as anticipated in the Plea Agreement, Doc. 20), his advisory guideline range is reduced to 6 to 12

months of imprisonment. A small variance from this advisory range takes into account Mr. Aguilar's relatively low criminal history, the time he spent in ICE custody before indictment in his matter, and his lack of criminal activity since returning to the United States.

### History and Characteristics of Mr. Aguilar, and the Nature of this Offense

Mr. Aguilar is a native of Honduras, raised by a single mother as one of five children. His father died tragically when he was six years old. Mr. Aguilar grew up in a rural agrarian area of Honduras and reports that all of his siblings worked in the fields from a young age to support the family. His upbringing was poor, with no electricity in their house, and Mr. Aguilar came to the United States at a young age to work.

Mr. Aguilar primarily works in construction, as a painter, a roofer, and framer at varying times. In 2015, he was convicted of Attempted Distribution of a Controlled Substance, given one year in Colorado Department of Corrections, and deported. Mr. Aguilar returned to the United States to support his wife, Anna, with whom he has three children ages 13, 7 and 1, and worked as a painter making $600/week and sending the majority home to his family.

Mr. Aguilar was arrested by ICE officials on May 2, 2019 and has been continually in custody since that date.

### A Sentence of Time-Served is an Appropriate Sentence under 18 U.S.C. §3553(a)

18 U.S.C. § 3553(a)(2) requires the Court to consider the need for the sentence imposed:

(A) To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
(B) To afford adequate deterrence to criminal conduct;
(C) To protect the public from further crimes of the defendant; and
(D) To provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner…

A sentence of time-served meets these goals. The advisory United States Sentencing Guidelines call for a sentence of imprisonment of 6 to 12 months for this defendant. The nature and circumstances of his offense are unremarkable, and a bottom-of-the guideline term of imprisonment would typically be a just punishment. Importantly, the Bureau of Prisons does not recognize the time Mr. Aguilar spent in ICE detention before his indictment; while as of the date of sentencing Mr. Aguilar will have been in custody for 5 months and 29 days,[1] the Bureau of Prisons and the U.S. Probation Office only count time from the date of indictment- that is, 4 months and 23 days. See Doc. 22, PSIR. A sentence of time-served takes into account this discrepancy and provides for a sentence that accurately reflects Mr. Aguilar's actual detention time and reflects the seriousness of the offense, a non-violent, victimless crime.

The goal of deterrence can be met with a term of supervised release, which, if violated, could lead to additional charges and likely consecutive prison time. Mr. Aguilar has no history of violence and is not a danger to the public- notably, he has no new criminal offense since returning to the United States. Additionally, his likely deportation means he will not be released into the American public once his term of incarceration is complete.

Mr. Aguilar has accepted responsibility for his actions and acknowledges that punishment is necessary. The requested sentence meets the statutory goals of sentencing under 18 U.S.C. §3553(a) and is sufficient, but not greater than necessary.

---

[1] This number reflects the days between when ICE officials found Mr. Aguilar (May 2, 2019) and the date of sentencing (October 31, 2019).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Rajiv Mohan, Assistant United States Attorney
  Email: rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Mario Aguilar-Barahona (via U.S. Mail)

          s/ Mary V. Butterton
          MARY V. BUTTERTON
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Mary_Butterton@fd.org
          Attorney for Defendant